November 29, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERTO ANTONIO ORTIZ, Appellant

NO. 14-11-01031-CV                    V.

JUANA LETICIA HERNANDEZ, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Juana Leticia Hernandez, signed July 29, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order this decision certified below for observance.